# UNITED STATES DISTRICT COURT
for the

FOR        District of        PUERTO RICO

| | | |
|---|---|---|
| IRIS M. ROSARIO-MENDEZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:06CV1489 (JAG/JA) |
| HEWLETT PACKARD CARIBE, B.V. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

X   the plaintiff *(name)*   IRIS M. ROSARIO-MENDEZ   recover from the defendant *(name)*   HEWLETT PACKARD CARIBE, B.V.   the amount of *THREE MILLION FIVE HUNDRED DOLLARS   dollars ($ 3,500,000 ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate _____ %, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X   other:   *A verdict in favor for plaintiff was brought by the jury in the amount of $1,500,000 for emotional pain and mental suffering and $500,000 for punitive damages.  In accordance with the provisions of Law 17 LPRA Laws Ann. Tit. 29 § 155j(1), the amount of compensatory damages is doubled, so that compensatory damages will be $3,000,000   .

This action was *(check one)*:

X   tried by a jury with Judge   JUSTO ARENAS, Chief, U.S. Magistrate Judge   presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☐   decided by Judge _____ on a motion for _____.

Date:   February 3, 2009                                    *CLERK OF COURT*

                                                            s/ Brenda Gonzalez
                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*